BEAUFORT CTY. BD. OF EDUC. v. BEAUFORT CTY. BD. OF COMM'RS

[362 N.C. 348 (2008)]

| | | |
|---|---|---|
| BEAUFORT COUNTY BOARD OF EDUCATION | ) ) ) | |
| v. | ) ) | ORDER |
| BEAUFORT COUNTY BOARD OF COMMISSIONERS | ) ) ) ) | |

No. 106PA08

Defendant's petition for discretionary review is allowed with respect to the following issues:

In light of Article IX, Section 2 of the North Carolina Constitution, is the statutory framework for resolving school funding disputes between the county board of education and the county board of commissioners constitutional?

If so, has the statutory framework been properly applied in this case?

By Order of the Court in Conference, this 10th day of April, 2008.

Hudson, J.
For the Court